**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 04-074-01S** |
| | ) | |
| **JUAN GIRALDO,** | ) | |
| | ) | |
| **Defendant** | ) | |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING**

The United States of America, by its undersigned counsel, hereby moves the Court to continue defendant Juan Giraldo's sentencing to July 29, 2005, at 2:00 p.m.

In support of this motion, the government states that the Court recently *sua sponte* rescheduled Giraldo's sentencing to July 15, 2005, a date on which government counsel is unavailable. Government counsel has consulted with defense counsel and with the Court's deputy clerk and it appears that July 29, 2005, at 2:00 p.m., is convenient for all parties and the Court.

Defendant, through his counsel, has informed the government that he assents to this motion.

WHEREFORE, the government respectfully moves that the sentencing of this matter be continued to July 29, 2005, at 2:00 p.m.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]

WILLIAM D. WEINREB
Special Assistant U.S. Attorney

CERTIFICATE OF SERVICE

A copy of this motion was served by telecopier and first-class mail upon Juan Giraldo's attorney Randy Olen, Esq., 55 Bradford Street, Suite 203, Providence, RI 02903, on June 8, 2005.

WILLIAM D. WEINREB
Special Assistant U.S. Attorney