COPY

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA )**
)
**v.** ) **Cr. No. 04-074-01S**
)
**JUAN GIRALDO,** )
)
**Defendant** )

**ASSENTED-TO MOTION TO CONTINUE SENTENCING**

The United States of America, by its undersigned counsel, hereby moves the Court to continue defendant Juan Giraldo's sentencing to July 29, 2005, at 2:00 p.m.

In support of this motion, the government states that the Court recently *sua sponte* rescheduled Giraldo's sentencing to July 15, 2005, a date on which government counsel is unavailable. Government counsel has consulted with defense counsel and with the Court's deputy clerk and it appears that July 29, 2005, at 2:00 p.m., is convenient for all parties and the Court.

Defendant, through his counsel, has informed the government that he assents to this motion.

WHEREFORE, the government respectfully moves that the sentencing of this matter be continued to July 29, 2005, at 2:00 p.m.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]
WILLIAM D. WEINREB
Special Assistant U.S. Attorney

GRANTED
[signature]
William E. Smith
U.S. District Judge
6/13/05