**UNITED STATES DISTRICT COURT**
**FOR HE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR. No. 04-074S**

**JUAN A. GIRALDO**

# NOTICE OF APPEAL

Notice is hereby given of the defendants appeal from the judgment of conviction which was entered as an order of this Court on the 29th day of July 2005.

Respectfully submitted
Juan A. Giraldo
By his Attorney,

Victor J. Beretta, Esq. (#4648)
387 Atwells Avenue
Providence, RI 02909
(401) 273-5600
FAX 454-5600