UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

August 31, 2005

U.S. COURT OF APPEALS
RECEIVED
SEP 06 2005
FOR THE FIRST CIRCUIT

05-2192

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: USA v. Juan Giraldo
CR04-74S

Dear Mr. Donovan:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Transcript dated July 29, 2005.