04-00074
USDC/RI

MANDATE
Smith, J

# United States Court of Appeals
## For the First Circuit

MANDATE

No. 05-2192

UNITED STATES,

Appellee,

v.

JUAN GIRALDO,

Defendant, Appellant.

---

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

---

JUDGMENT

Entered: March 17, 2006

The government's motion for summary disposition is granted. The district court's factual determination that defendant Juan Giraldo was an organizer or leader of the criminal conspiracy and decision to impose a two-level enhancement to his total offense level pursuant to USSG §3B1.1 were not clearly erroneous. United States v. Talladino, 38 F.3d 1255, 1261 (1st Cir. 1994).

Therefore, after careful review of the parties' filings and the record, the sentence imposed by the district court is summarily affirmed. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

______________________
Deputy Clerk

Date: 04/14/06

[cc: William D. Weinreb, AUSA, Dina Michael Chaitowitz, AUSA, Randy Olen, Esq., Victor J. Beretta, Esq. ]