**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
**PROVIDENCE DIVISION**

United States of America
Plaintiff

v. CASE No 1:04-CR-0074-01S

Juan A. Giraldo
Defendant

______________________________/

**MOTION TO HAVE PERSONAL PROPERTY RETURNED**

**NOW COMES,** Juan A. Giraldo, Defendant PRO SE, in the above captioned matter, and respectfully moves this Honorable Court, requesting the return of all my personal property, received by the U.S. Government on the time of my arrest.

Respectfully Submitted:

Juan A. Giraldo, Defendant PRO SE
NEOCC/ #25255-038
2240 Hubbard Rd.
Youngstown, Ohio 44505