**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 04-074-01S** |
| | ) | |
| **JUAN GIRALDO,** | ) | |
| | ) | |
| **Defendant** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION FOR RETURN OF PERSONAL PROPERTY**

The United States of America, by its undersigned counsel, respectfully notifies the Court that it does not oppose defendant Juan Giraldo's motion for the return of personal property seized from Giraldo at the time of his arrest.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
WILLIAM D. WEINREB
Special Assistant
U.S. Attorney

CERTIFICATE OF SERVICE

A copy of this motion was served by first-class mail upon Juan Giraldo, NEOCC/#25255-038, 2240 Hubbard Road, Youngstown, OH 44505, on May 17, 2006

______________________
WILLIAM D. WEINREB
Special Assistant U.S. Attorney