FILED
APR 24 2006
U.S. DISTRICT COURT

5/18/06: GRANTED ABSENT OPPOSITION FROM THE GOVERNMENT.
USMJ

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
PROVIDENCE DIVISION

United States of America
Plaintiff

v. CASE No 1:04-CR-0074-01S

Juan A. Giraldo
Defendant

______________________________/

**MOTION TO HAVE PERSONAL PROPERTY RETURNED**

**NOW COMES,** Juan A. Giraldo, Defendant PRO SE, in the above captioned matter, and respectfully moves this Honorable Court, requesting the return of all my personal property, received by the U.S. Government on the time of my arrest.

Respectfully Submitted:

______________________________
Juan A. Giraldo, Defendant PRO SE
NEOCC/ #25255-038
2240 Hubbard Rd.
Youngstown, Ohio 44505

Referred to U.S.M.J.
[ ] for findings and recommendations
[x] for determination.
[ ] ______________________________
William E. Smith, U.S. District Judge
Date 5/12/06