**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**PROVIDENCE DIVISION**

United States of America

v. CASE No 1:04-CR-0074-01S

Juan A. Giraldo
Defendant

______________________________/

**MOTION TO RECEIVE RETURNED PROPERTY**

**NOW COMES,** Juan A. Giraldo, Defendant PRO SE, in the above captioned matter, and respectfully moves this Honorable Court, requesting the fulfilment of the order granted on May 18th, 2006 (copies attached). I have been waiting for the arrival of those personal effects to this North Eastern Ohio Correctional Center, however, almost one month after, that has not happened. I need to make a visual verification to confirm that all the unforfeited items have been returned.

Respectfully Submitted:

Juan A. Giraldo, Defendant PRO SE
NEOCC/ #25255-038
2240 Hubbard Rd.
Youngstown, Ohio 44505

**CERTIFICATE OF SERVICE**

I affirm that the contents of this motion are true and correct, and copies were mailed to:

Clerk of the Court, United States District Court, District of Rhode Island, One Exchange Terrace/ Providence, RI 02903.

Mr. William D. Weinreb, United States Attorney's Office, 1 Courthouse Way, Suite 9200/ Boston, MA 02210.

This Mail sent this 15 day June, 2006 by way of this NEOCC Prison Legal Mail Box.

Juan A. Giraldo, Defendant PRO SE
NEOCC/ 25255-038
2240 Hubbard Rd.
Youngstown, Ohio 44505

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Cr. No. 04-074-01S |
| | ) | |
| **JUAN GIRALDO,** | ) | |
| | ) | |
| **Defendant** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION FOR RETURN OF PERSONAL PROPERTY**

The United States of America, by its undersigned counsel, respectfully notifies the Court that it does not oppose defendant Juan Giraldo's motion for the return of personal property seized from Giraldo at the time of his arrest.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
WILLIAM D. WEINREB
Special Assistant
U.S. Attorney

CERTIFICATE OF SERVICE

A copy of this motion was served by first-class mail upon Juan Giraldo, NEOCC/#25255-038, 2240 Hubbard Road, Youngstown, OH 44505, on May 17, 2006

______________________
WILLIAM D. WEINREB
Special Assistant U.S. Attorney

**U.S. Department of Justice**

***Michael J. Sullivan***
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

May 17, 2006

United States District Court
District of Rhode Island
Attn: Clerk of Courts
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Re: **United States v. Juan Giraldo**
Cr. No. 04-074-01S

Dear Sir or Madame:

Enclosed please find for filing in the above referenced case the Government's Response to Defendant's Motion for Return of Personal Property.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: ______________________
William D. Weinreb
Assistant U.S. Attorney

FILED
APR 24 2006
U.S. DISTRICT COURT

5/18/06: GRANTED ABSENT OPPOSITION FROM THE GOVERNMENT.
VSMJ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**PROVIDENCE DIVISION**

United States of America
Plaintiff

v. CASE No 1:04-CR-0074-01S

Juan A. Giraldo
Defendant

______________________________/

**MOTION TO HAVE PERSONAL PROPERTY RETURNED**

**NOW COMES**, Juan A. Giraldo, Defendant PRO SE, in the above captioned matter, and respectfully moves this Honorable Court, requesting the return of all my personal property, received by the U.S. Government on the time of my arrest.

Respectfully Submitted:

______________________________
Juan A. Giraldo, Defendant PRO SE
NEOCC/ #25255-038
2240 Hubbard Rd.
Youngstown, Ohio 44505

Referred to U.S.M.J. for findings & recommendations
William E. Smith, U.S. District Judge
5/12/06