**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
**PROVIDENCE DIVISION**

United States of America

v. CASE No 1:04-CR-0074-01S

Juan A. Giraldo
Defendant
_____________________________/

**SECOND MOTION TO RECEIVE RETURNED PROPERTY**

**NOW COMES,** Juan A. Giraldo, Defendand PRO SE, in the above captioned matter, and respectfully moves this Honorable Court, requesting for a second time, the fulfillment of the order granted on May 18th, 2006 (copies attached-last motion dated 06-15-06 unanswered). I have been waiting for the arrival of those personal effects to this North Eastern Ohio Correctional Center, however, almost two months after that has not happened. I need to make a visual verification to confirm that all the unforfeited items are being returned.

I have been informed thru the Law Office of Mr. Victor Beretta Jr., my former attorney (**I am acting PRO SE in this Return Request**), that Mr. James J. McCormack (DEA Special Agent), has in his custody my property package. I have to say that I already made a formal request (copy attached), to the proper authorities of this North Eastern Ohio Correctional Center, and they told me: ..."We do not have any problem if your property arrives here, that is routine for us, we receive inmate properties every day, we just have to handle those effects according to established Bureau of Prisons and Corrections Corporation of America procedures"...

Finally, if it is necessary to pay the total or any additional cost for the mailing of the package to this place, that cost can be discounted from my NEOCC Inmate Debit Account.

Respecfully Submitted,

_____________________
Juan A. Giraldo, Defendant PRO SE
NEOCC/ #25255-038
2240 Hubbard Rd.
Youngstown, Ohio 44505

**CERTIFICATE OF SERVICE**

I affirm that the contents of this motion are true and correct, and copies were mailed to:

Clerk of the Court, United States District Court, District of Rhode Island, one Exchange Terrace/ Providence, RI 02903.

Mr. William D. Weinreb, United States Attorney's Office, 1 Courthouse Way, Suite 9200/ Boston, MA 02210.

This mail sent this 17 day July, 2006 by way of this NEOCC Prison Legal Mail Box.

Juan A. Giraldo, Defendant PRO SE
NEOCC/ 25255-038
2240 Hubbard Rd.
Youngstown, Ohio 44505

# INMATE REQUEST TO STAFF MEMBER

14-5C

CCA BOP FACILITY
(facility name)

| | |
|---|---|
| **TO: (Name and Title of Staff Member)**<br>MR. ROBERT TAPIA - WARDEN | **DATE:**<br>07-11-06 |
| **FROM:**<br>JUAN GIRALDO | **REGISTER NO.**<br>25255-038 |
| **WORK ASSIGNMENT:**<br>ORDERLY | **UNIT:**<br>B-5, 107 L |

**SUBJECT:** (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

ON MAY 18, 2006, THE HONORABLE JUDGE OF MY CASE, EMITTED AN "ORDER" TO RETURN ME PERSONAL PROPERTY (COPIES ATTACHED), SEIZED BY THE U.S. GOVERNMENT ON THE TIME OF MY ARREST.
ON JUNE 15, 2006, I SENT TO THE COURT A "MOTION TO RECEIVE RETURNED PROPERTY" (COPY ATTACHED), AND NOW THE U.S. GOVERNMENT IS READY TO SEND ME THE PROPERTY. I HAVE TO MAKE A VISUAL INVENTORY TO VERIFY THAT ALL THE ITEMS SEIZED ARE BEING RETURNED. ONCE THIS IS DONE, I HAVE TO SEND INMEDIATLY EVERYTHING BACK TO MY FAMILY.
FOR ALL THESE REASONS I AM REQUESTING RESPECTFULLY YOUR COOPERATION TO COORDINATE THE FULFILLMENT OF THIS "ORDER", ACCORDING TO THE ESTABLISHED PROCEDURES.
IF YOU NEED MORE INFORMATION FROM THE U.S GOVERNMENT, YOU HAVE TO CONTACT MR. JAMES J. MCCORMACK, SPECIAL AGENT, DRUG ENFORCEMENT ADMINISTRATION (TELEPHONE #401 499 5999, HE IS THE PERSON SENDING THE PROPERTY)

THANKS IN ADVANCE FOR YOUR ATTENTION TO THE PRESENT

**DISPOSITION:**

| | |
|---|---|
| **Signature:** | **Date:** |

Origininal - Inmate Central File
Copy - Inmate/Resident

**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**PROVIDENCE DIVISION**

United States of America

v. CASE No 1:04-CR-0074-01S

Juan A. Giraldo

Defendant

______________________________/

**MOTION TO RECEIVE RETURNED PROPERTY**

**NOW COMES,** Juan A. Giraldo, Defendant PRO SE, in the above captioned matter, and respectfully moves this Honorable Court, requesting the fulfilment of the order granted on May 18th, 2006 (copies attached). I have been waiting for the arrival of those personal effects to this North Eastern Ohio Correctional Center, however, almost one month's after, that has not happened. I need to make a visual verification to confirm that all the unforfeited items have been returned.

Respectfully Submitted:

Juan A. Giraldo, Defendant PRO SE
NEOCC/ #25255-038
2240 Hubbard Rd.
Youngstown, Ohio 44505

**CERTIFICATE OF SERVICE**

I affirm that the contents of this motion are true and correct, and copies were mailed to:

Clerk of the Court, United States District Court, District of Rhode Island, One Exchange Terrace/ Providence, RI 02903.

Mr. William D. Weinreb, United States Attorney's Office, 1 Courthouse Way, Suite 9200/ Boston, MA 02210.

This Mail sent this 15 day June, 2006 by way of this NEOCC Prison Legal Mail Box.

Juan A. Giraldo, Defendant PRO SE
NEOCC/ 25255-038
2240 Hubbard Rd.
Youngstown, Ohio 44505

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA )**
**)**
**v. ) Cr. No. 04-074-01S**
**)**
**JUAN GIRALDO, )**
**)**
**Defendant )**

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION FOR RETURN OF PERSONAL PROPERTY**

The United States of America, by its undersigned counsel, respectfully notifies the Court that it does not oppose defendant Juan Giraldo's motion for the return of personal property seized from Giraldo at the time of his arrest.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]
WILLIAM D. WEINREB
Special Assistant
U.S. Attorney

CERTIFICATE OF SERVICE

A copy of this motion was served by first-class mail upon Juan Giraldo, NEOCC/#25255-038, 2240 Hubbard Road, Youngstown, OH 44505, on May 17, 2006

[signature]
WILLIAM D. WEINREB
Special Assistant U.S. Attorney

FILED
APR 24 2006
U.S. DISTRICT COURT
DISTRICT OF R.I.

5/18/06: GRANTED ABSENT OPPOSITION FROM THE GOVERNMENT.
USMJ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
**PROVIDENCE DIVISION**

United States of America
Plaintiff

v. CASE No 1:04-CR-0074-01S

Juan A. Giraldo
Defendant

___________________________/

**MOTION TO HAVE PERSONAL PROPERTY RETURNED**

**NOW COMES**, Juan A. Giraldo, Defendant PRO SE, in the above captioned matter, and respectfully moves this Honorable Court, requesting the return of all my personal property, received by the U.S. Government on the time of my arrest.

Respectfully Submitted:

Juan A. Giraldo, Defendant PRO SE
NEOCC/ #25255-038
2240 Hubbard Rd.
Youngstown, Ohio 44505

Referred to U.S.M.J.
☐ for findings & recommendations
☐ for determination.
☐
William E. Smith, U.S. District Judge
Date: 5/12/06