8/1/06: DENIED AS REDUNDANT. SEE DOCKET ENTRY # 66.

FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
**PROVIDENCE DIVISION**

United States of America

v. CASE No 1.04-CR-0074-01S

Juan A. Giraldo
Defendant

______________________________/

**MOTION TO RECEIVE RETURNED PROPERTY**

**NOW COMES,** Juan A. Giraldo, Defendant PRO SE, in the above captioned matter and respectfully moves this Honorable Court, requesting the fulfilment of the order granted on May 18th, 2006 (copies attached). I have been waiting for the arrival of those personal effects to this North Eastern Ohio Correctional Center, however, almost one month after, that has not happened. I need to make a visual verification to confirm that all the unforfeited items have been returned.

Respectfully Submitted:

Juan A. Giraldo, Defendant PRO SE
NEOCC/ #25255-038
2240 Hubbard Rd.
Youngstown, Ohio 44505

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ______________________
William E. Smith, District Judge
Date: 7/10/06