FILED
JUL 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
**PROVIDENCE DIVISION**

8/1/06: DENIED AS REDUNDANT. SEE DOCKET ENTRY # 66.

United States of America

v. CASE No 1:04-CR-0074-01S

Juan A. Giraldo
Defendant
_______________________________/

**SECOND MOTION TO RECEIVE RETURNED PROPERTY**

**NOW COMES,** Juan A. Giraldo, Defendand PRO SE, in the above captioned matter, and respectfully moves this Honorable Court, requesting for a second time, the fulfillment of the order granted on May 18th, 2006 (copies attached-last motion dated 06-15-06 unanswered). I have been waiting for the arrival of those personal effects to this North Eastern Ohio Correctional Center, however, almost two months after that has not happened. I need to make a visual verification to confirm that all the unforfeited items are being returned.

I have been informed thru the Law Office of Mr. Victor Beretta Jr., my former attorney (**I am acting PRO SE in this Return Request**), that Mr. James J. McCormack (DEA Special Agent), has in his custody my property package. I have to say that I already made a formal request (copy attached), to the proper authorities of this North Eastern Ohio Correctional Center, and they told me: ..."We do not have any problem if your property arrives here, that is routine for us, we receive inmate properties every day, we just have to handle those effects according to established Bureau of Prisons and Corrections Corporation of America procedures"...

Finally, if it is necessary to pay the total or any additional cost for the mailing of the package to this place, that cost can be discounted from my NEOCC Inmate Debit Account.

Respecfully Submitted,

Juan A. Giraldo, Defendant PRO SE
NEOCC/ #25255-038
2240 Hubbard Rd.
Youngstown, Ohio 44505

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ___________________
William E. Smith, District Judge
Date: 7/24/06