Juan Giraldo
Reg.# 25255-038
CCA-NEOCC
2240 Hubbard Road
Youngstown, Ohio 44505-3157

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN GIRALDO,<br>Defendant. | Docket No.:<br>04-Crim-074-01S |

PETITION TO COMPEL THE GOVERNMENT TO COMPLY WITH A COURT'S ORDER GRANTING THE DEFENDANT THE RETURN OF ALL HIS PERSONAL PROPERTY PURSUANT TO FED.R.CV.P. RULE 54(c)

TO THE HONORABLE COURT:

Comes now, JUAN GIRALDO, ("Defendant") through himself and moves this Honorable Court to compel the Plaintiff to comply with this Court's order granting the Defendant the return of all his personal property at the time of his arrest. This petition has been submitted pursuant to Fed.R.Cv.P. Rule 54(c).

## I. FACTUAL BACKGROUND

On Apr. 24 2006, the Defendant filed with this court a motion to have his personal property returned. See Exhibit-A.

On May 17, 2006, the Plaintiff filed its response and categorically "does not opposed Defendant's motion for the return of personal property seized at the time of his arrest". See Exhibit-B.

On May 18, 2006, this court granted Defendant's motion for the return of his personal property due to the absent opposition from the Plaintiff. See Exhibit-A.

II. AUTHORITY OF THE COURT

This Honorable Court is vested with the authority to enforce its own judgment pursuant to Fed.R.Cv.P. 54(c).

III. RELIEF SOUGHT

The Defendant is seeking for the full enforcement of this court's order granting the return of all his personal property at the time of his arrest. See Exhibit-C.

IV. DISCUSSION

1. It is well-established that "where criminal proceedings are no longer pending against the defendant such motion is treated as a civil equitable proceeding even if styled with a different label. See United States v. Giovannelli, 998 F.2d 116, 119 (2nd Cir. 1993).

As Defendant's criminal proceeding are no longer pending, this court should liberally construes the Defendant's motion to return all his personal property submission to be a complaint for a new civil action. See Adeleke v. United States, 355 F.3d 144, 146-47, 151 (2nd Cir. 2004).

Accordingly, the Defendant contends, therefore, that the Federal Rules of Civil Procedure are applicable here.

2. For untold numerous times, the Defendant had requested to the Plaintiff the full and complete enforcement of this court's order and his requests had been storaged in the bank of the ages.

3. Bearing the point 2 in mind, the Defendant has chosen to return to the tribunal due to the undeniable fact that this court is the only

forum with the absolute authority to compel the Plaintiff to comply with the enforcement of this court's judgment.

4. With all that said, and without tarry too long, bearing in mind Giovannelly and Adeleke, supra, for the proposition that the Fed. Rules of Civil Proc. are applicable here. It is illustrative to states that Fed.R.Cv.P. Rule 54(c) direct that

> "[E]very final judgment shall grant the relief to which the party in whose favor it is rendered is entitled, even if the party has not demanded such relief in his pleading".

See Albemarle Paper Co. v. Moody, 422 U.S. 405, 424, 95 S.Ct. 2362, 2375 (1975).

5. Defendant realleges his allegations from paragraph 1 through 4 asserting that the Plaintiff has no choice but to comply with the full and complete enforcement of this Honorable Court's order granting the Defendant return of all his personal property at the time of his arrest.[1]

V. CONCLUSION

For the foregoing reason(s), the Defendant strongly concludes that his current requests is not only rational, but "visible to the naked eye", he prays, therefore, to this Honorable Court to grant the relief sought in this instant cause.

RESPECTFULLY SUBMITTED,

Dated: Jun. 04, 2008
Youngstown, Ohio

BY: ______________________
JUAN GIRALDO
Reg.# 25255-038
CCA-NEOCC
2240 Hubbard Road
Youngstown, Ohio 44505-3157

Fn. 1 Please send my property to: **Isabel Giraldo**
**147 Isabella Avenue**
**Providence, RI 02908**
**(401) 861-8742/(401) 481-1567**

**CERTIFICATE OF FILING AND SERVICE**

I HEREBY DECLARE pursuant to 28 U.S.C. §1746, an original and true and correct copies of the foregoing "PETITION TO COMPEL THE GOVERNMENT TO COMPLY WITH A COURT'S ORDER GRANTING THE DEFENDANT THE RETURN OF ALL HIS PERSONAL PROPERTY PURSUANT TO FED.R.CV.P. RULE 54(c)" were filed with the Clerk of the Court by prepaid first class U.S. Mail in sealed envelope addressed to:

CLERK OF THE COURT
Office of the Clerk
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
Federal Bldg. & U.S. Courthouse
One Exchange Terrace
Providence, RI 02903

served to

William D. Weinreb
Assistant U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley, U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

by placing them in the mailing system of CCA-NEOCC, 2240 Hubbard Road, Youngstown, Ohio 44505-3157, on Jun. 04, 2008, pursuant to Houston v. Lack, 487 U.S. 266, 270 (1988).

BY: ______________________
JUAN GIRALDO
Reg.# 25255-038
CCA-NEOCC
2240 Hubbard Road
Youngstown, Ohio 44505-3157

FILED
APR 24 2006
U.S. DISTRICT COURT
DISTRICT OF R.I.

5/18/06: GRANTED ABSENT OPPOSITION FROM THE GOVERNMENT.
USMJ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**PROVIDENCE DIVISION**

United States of America
Plaintiff

v. CASE No 1:04-CR-0074-01S

Juan A. Giraldo
Defendant

______________________________/

**MOTION TO HAVE PERSONAL PROPERTY RETURNED**

**NOW COMES,** Juan A. Giraldo, Defendant PRO SE, in the above captioned matter, and respectfully moves this Honorable Court, requesting the return of all my personal property, received by the U.S. Government on the time of my arrest.

Respectfully Submitted:

______________________________
Juan A. Giraldo, Defendant PRO SE
NEOCC/ #25255-038
2240 Hubbard Rd.
Youngstown, Ohio 44505

ExH-A

Referred to U.S.M.J.
☐ for findings & recommendation
☐ for determination.
☐
William E. Smith, U.S. District Judge
5/12/06

**U.S. Department of Justice**

***Michael J. Sullivan***
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

May 17, 2006

United States District Court
District of Rhode Island
Attn: Clerk of Courts
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Re: **United States v. Juan Giraldo**
Cr. No. 04-074-01S

Dear Sir or Madame:

Enclosed please find for filing in the above referenced case the Government's Response to Defendant's Motion for Return of Personal Property.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: [signature]
William D. Weinreb
Assistant U.S. Attorney

ExA-B

1/2

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) Cr. No. 04-074-01S
)
JUAN GIRALDO, )
)
Defendant )

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR RETURN OF PERSONAL PROPERTY

The United States of America, by its undersigned counsel, respectfully notifies the Court that it does not oppose defendant Juan Giraldo's motion for the return of personal property seized from Giraldo at the time of his arrest.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]
WILLIAM D. WEINREB
Special Assistant
U.S. Attorney

CERTIFICATE OF SERVICE

A copy of this motion was served by first-class mail upon Juan Giraldo, NEOCC/#25255-038, 2240 Hubbard Road, Youngstown, OH 44505, on May 17, 2006

[signature]
WILLIAM D. WEINREB
Special Assistant U.S. Attorney

ExH-B

2/2