**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA )**
**)**
**v. ) Cr. No. 04-074-01S**
**)**
**JUAN GIRALDO, )**
**)**
**Defendant )**

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT'S MOTION TO COMPEL**

The United States of America, by its undersigned counsel, hereby states that all of Juan Giraldo's personal property in the custody of the Drug Enforcement Administration was returned to Giraldo's sister, Isabel Giraldo, on June 26, 2008.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________________
WILLIAM D. WEINREB
Special Assistant U.S. Attorney

CERTIFICATE OF SERVICE

A copy of this motion was served by first-class mail upon Juan Giraldo, NEOCC/#25255-038, 2240 Hubbard Road, Youngstown, OH 44505, on July 15, 2008.

WILLIAM D. WEINREB
Special Assistant U.S. Attorney